UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNNE CAO,<br><br>       Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION and Does 1 to 10,<br><br>       Defendants. | Case No.: C11-03551 DMR<br><br>**STIPULATION TO LIMIT DAMAGES AND REMAND; ORDER** |

Pursuant to the stipulation of the parties, [*see* Docket No. 12], it is hereby ORDERED that the above-captioned matter is remanded to Contra Costa County Superior Court.

DATED: October 21, 2011

By: _____
DONNA M. RYU
U.S. MAGISTRATE JUDGE

*IT IS SO ORDERED* — Judge Donna M. Ryu